ESTATE OF EANNELLI (Massemino): VENCI, Administratrix, Appellant, vs. EANNELLI, Administrator, and others, Respondents.*

*February 9—March 8, 1955.*

For the appellant there were briefs by *Vaughn S. Conway,* and oral argument by *Vaughn S. Conway* and *Kenneth H. Conway,* both of Baraboo.

For the respondents there were briefs by *Chester J. Niebler* of Milwaukee, attorney, and *M. J. Paul* of Berlin, and *Marshall J. Herro* of Milwaukee of counsel, and oral argument by *Mr. Niebler, Mr. Herro,* and *Mr. Paul.*

STEINLE, J.   The issues are identical with those determined in connection with that portion of the appeal in *Estate of Eannelli,* ante, p. 192, 68 N. W. (2d) 791, dealing with the order of the trial court in denying a motion for a new trial.   Our views here are the same as expressed in the opinion of that case.

*By the Court.*—Order affirmed.

* Motion for rehearing denied, with $25 costs, on May 3, 1955.